IRWIN M. ZALKIN, ESQ. (#89957)
DEVIN M. STOREY, ESQ. (#234271)
ALEXANDER S. ZALKIN, ESQ. (#280813)
RYAN M. COHEN, ESQ. (#261313)
JACQUELINE J. MCQUARRIE, ESQ. (#267319)
The Zalkin Law Firm, P.C.
12555 High Bluff Drive, Suite 301
San Diego, CA 92130
Tel:  858-259-3011
Fax:  858-259-3015
Email:  Irwin@zalkin.com
        dms@zalkin.com
        alex@zalkin.com
        ryan@zalkin.com
        jackie@zalkin.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.T., a minor, by and through his Guardian ad Litem L.T., <br><br> Plaintiff, <br><br> v. <br><br> DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PLACER COUNTY CHILDREN SYSTEM OF CARE, and the following individuals, who are named in their individual capacities: KD ASHTON, BECKY BRAVO, PETER BALDO, LIZ LEE, CINDY STONE, RENEE VERDUGO, MARY BOEHM, CHRISTY CARTER, WENDY DEVORE, DONNA KEARNS, LISA HEWITT, TAMMY PETERSON, STEPHANIE DILBECK, JEN ROGERS, VALERIE MILLER, DAVID MOUL, DEBBIE CANNON,  JUDY BENNEY, REBECCA RATEKIN,  CARLEY ROSE JACKSON, LAURI MCNALLY, SANDRA MOORE, and DOES 1-30, <br><br> Defendants. | Civil Action No: 2:16-cv-02925 <br><br> **ORDER RE REQUEST TO SEAL DOCUMENTS PURSUANT TO CIVIL L. R. 141** |

**ORDER**

Having considered Plaintiffs' Request to Seal Documents Pursuant to Civil L.R. 141 ("Request to Seal") and all papers filed in support thereof, and determining that compelling reasons exist,

IT IS HEREBY ORDERED that the Request to Seal is GRANTED. Specifically, the Court orders:

Plaintiff and Plaintiff's parents will be permitted to proceed in public filings by their initials;

Plaintiff's Petition, ECF No. 2, and Order of Appointment of Guardian Ad Litem, ECF No. 5, be sealed so to not reveal the name of Plaintiff's Guardian Ad Litem to the public;

Plaintiff's Guardian Ad Litem's name be removed from any electronic posting by the Court and instead should be replaced with Plaintiff's Guardian Ad Litem's initials ("L.T.").

IT IS SO ORDERED.

Dated:  January 25, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE