PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey (SBN 109329)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile:  (530) 889-4069

Attorneys for Defendants PLACER COUNTY CHILDREN'S SYSTEM OF CARE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.T., a minor, by and through his Guardian ad Litem L.T., <br><br> Plaintiff <br><br> v. <br><br> DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PLACER COUNTY CHILDREN'S SYSTEM OF CARE, and the following individuals, who are named in their individual capacities: KD ASHTON, BECKY BRAVO, PETER BALDO, LIZ LEE, CINDY STONE, RENEE VERDUGO, MARY BOEHM, CHRISTY CARTER, WENDY DEVORE, DONNA KEARNS, LISA HEWITT, TAMMY PETERSON, STEPHANIE DILBECK, JEN ROGERS, VALERIE MILLER, DAVID MOUL, DEBBIE CANNON, JUDY BENNEY, REBECCA RATEKIN, CARLEY ROSE JACKSON, LAURI MCNALLY, SANDRA MOORE, and DOES 1-30, <br><br> Defendants. | No. 2:16-cv-02925-MCE-DB <br><br> **ORDER RE REQUEST FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

/ /

/ /

1

IT IS HEREBY ORDERED, that Defendants Placer County Children's System of Care, Tammy Peterson and Rebecca Ratekin hereby are granted an extension of time to respond to Plaintiff's Complaint. Their responses are now due on April 24, 2017.

IT IS SO ORDERED.

Dated:  March 22, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE