IRWIN M. ZALKIN, ESQ. (#89957)
DEVIN M. STOREY, ESQ. (#234271)
ALEXANDER S. ZALKIN, ESQ. (#280813)
RYAN M. COHEN, ESQ. (#261313)
JACQUELINE J. MCQUARRIE, ESQ. (#267319)
The Zalkin Law Firm, P.C.
12555 High Bluff Drive, Suite 301
San Diego, CA 92130
Tel: 858-259-3011
Fax: 858-259-3015
Email: Irwin@zalkin.com
dms@zalkin.com
alex@zalkin.com
ryan@zalkin.com
jackie@zalkin.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.T., a minor, by and through his Guardian ad Litem L.T., <br><br> Plaintiff, <br><br> v. <br><br> DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PLACER COUNTY CHILDREN SYSTEM OF CARE, and the following individuals, who are named in their individual capacities: KD ASHTON, BECKY BRAVO, PETER BALDO, LIZ LEE, CINDY STONE, RENEE VERDUGO, MARY BOEHM, CHRISTY CARTER, WENDY DEVORE, DONNA KEARNS, LISA HEWITT, TAMMY PETERSON, STEPHANIE DILBECK, JEN ROGERS, VALERIE MILLER, DAVID MOUL, DEBBIE CANNON, JUDY BENNEY, REBECCA RATEKIN, CARLEY ROSE JACKSON, LAURI MCNALLY, SANDRA MOORE, and DOES 1-30, <br><br> Defendants. | Civil Action No: 2:16-cv-02925-MCE-DB <br><br> **JOINT STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR RULE 26(F) DISCOVERY PLAN MEET AND CONFER AND WRITTEN REPORT** <br><br> **[Demand for Jury Trial]** |

1

JOINT STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR RULE 26(F)
DISCOVERY PLAN MEET AND CONFER AND WRITTEN REPORT

IT IS HEREBY STIPULATED, that the parties will have until after the hearing on Defendants' Motions to Dismiss, calendared for May 4, 2017 to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and submit a written report. Pursuant to the Court's Initial Pretrial Scheduling Order, the parties met and conferred on March 27, 2017. During that meeting, the parties discussed several issues including an appropriate protective order, notice correspondence pursuant to Federal Educational Rights and Privacy Act (FERPA), and a date for Initial Disclosures. Subsequently, considering the amount of parties and that several parties only recently appeared in the case, the parties agree that waiting to hold a Rule 26(f) conference until within fourteen (14) days after the passing of the May 4, 2017 hearing date, to May 18, 2017, would be prudent.

Dated: April 11, 2017        Respectfully submitted,
                             **THE ZALKIN LAW FIRM**

                             _/s/ Ryan M. Cohen_____
                             IRWIN M. ZALKIN
                             DEVIN M. STOREY
                             ALEXANDER S. ZALKIN
                             RYAN M. COHEN
                             JACQUELINE J. MCQUARRIE
                             Attorneys for Plaintiff
                             A.T., a minor, by and through his Guardian Ad Litem, L.T.

Dated:                       **LOZANO SMITH**

                             _____
                             SLOAN R. SIMMONS
                             KRISTY J. BOYES
                             Attorneys for Defendants
                             DRY CREEK ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PETER BALDO, JUDY BENNEY, MARY BOEHM, BECKY BRAVO, DEBBIE CANNON, STEPHANIE DILLBECK, LISA HEWITT, LIZ LEE, VALERIE MILLER, SANDRA MOORE, CYNDI STONE, KD ASHTON, CHRISTY CARTER, WENDY DEVORE, DONNA KEARNS and JEN ROGERS

2

**JOINT STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR RULE 26(F) DISCOVERY PLAN MEET AND CONFER AND WRITTEN REPORT**

Dated: **PLACER COUNTY COUNSEL'S OFFICE**

_____
JULIA M. REEVES
Attorneys for Defendants
PLACER COUNTY CHILDREN'S SYSTEM OF CARE, RENEE VERDUGO, DAVID MOUL, LAURI MCNALLY, CARLEY ROSE JACKSON, TAMMY PETERSON and REBECCA RATEKIN

3

**JOINT STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR RULE 26(F) DISCOVERY PLAN MEET AND CONFER AND WRITTEN REPORT**

# ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties have until May 18, 2017 to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan as indicated in the Court's Initial Pretrial Scheduling Order (ECF No. 4).

IT IS SO ORDERED.

Dated: April 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

**JOINT STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR RULE 26(F) DISCOVERY PLAN MEET AND CONFER AND WRITTEN REPORT**