PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey (SBN 109329)
Julia M. Reeves (SBN 241198)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069

Attorneys for Defendants PLACER COUNTY CHILDREN'S
SYSTEM OF CARE, CARLEY ROSE JACKSON, LAURI MCNALLEY,
DAVID A. MOUL, REBECCA L. RATEKIN, TAMATHA S. PETERSON,
and RENEE VERDUGO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.T., a minor, by and through his Guardian ad Litem L.T.,<br><br>Plaintiff<br><br>v.<br><br>DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PLACER COUNTY CHILDREN'S SYSTEM OF CARE, and the following individuals, who are named in their individual capacities: KD ASHTON, BECKY BRAVO, PETER BALDO, LIZ LEE, CINDY STONE, RENEE VERDUGO, MARY BOEHM, CHRISTY CARTER, WENDY DEVORE, DONNA KEARNS, LISA HEWITT, TAMMY PETERSON, STEPHANIE DILBECK, JEN ROGERS, VALERIE MILLER, DAVID MOUL, DEBBIE CANNON, JUDY BENNEY, REBECCA RATEKIN, CARLEY ROSE JACKSON, LAURI MCNALLY, SANDRA MOORE, and DOES 1-30,<br><br>Defendants. | No. 2:16-cv-02925-MCE-DB<br><br>**JOINT STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR RULE 26(F) DISCOVERY PLAN MEET AND CONFER AND WRITTEN REPORT AND INITIAL DISCLOSURES** |

1

**JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME FOR RULE 26(F) MEET AND CONFER AND WRITTEN REPORT AND INITIAL DISCLOSURES**

IT IS HEREBY STIPULATED that the parties will have until June 2, 2017 to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Order issued on April 19, 2017 and to submit a written report. It is further stipulated that the parties will have 45 days from the date of the Rule 26(f) Conference to exchange initial disclosures. Pursuant to the Court's Initial Pretrial Scheduling Order and its April 19, 2017 Order, the parties scheduled a meet and confer Conference for May 17, 2017. The parties are unable to proceed with the Conference on the scheduled date due to illness by plaintiffs' counsel and have agreed to reschedule the Conference for on or before June 2, 2017. Furthermore, the parties have agreed to extend the deadline to exchange initial disclosures to 45 days from the date of the Rule 26(f) Conference considering the number of parties and the need to coordinate with the individual parties.

Dated: May 17, 2017

Respectfully submitted,
**THE ZALKIN LAW FIRM**

　　　/s/ Ryan M. Cohen
IRWIN M. ZALKIN
DEVIN M. STOREY
ALEXANDER S. ZALKIN
RYAN M. COHEN
JACQUELINE J. MCQUARRIE
Attorneys for Plaintiff A.T., a minor, by and through his Guardian Ad Litem, L.T.

Dated: May 17, 2017

**LOZANO SMITH**

　　　/s/ Sloan R. Simmons
SLOAN R. SIMMONS
KRISTY J. BOYES
Attorneys for Defendants DRY CREEK ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PETER BALDO, JUDY BENNEY, MARY BOEHM, BECKY BRAVO, DEBBIE CANNON, STEPHANIE DILLBECK, LISA HEWITT, LIZ LEE, VALERIE MILLER, SANDRA MOORE, CYNDI STONE, KD ASHTON, CHRISTY CARTER,WENDY DEVORE, DONNA KEARNS and JEN ROGERS

**JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME FOR RULE 26(F) MEET AND CONFER AND WRITTEN REPORT AND INITIAL DISCLOSURES**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 17, 2017 | **PLACER COUNTY COUNSEL'S OFFICE** |
| 3 | | */s/ Julia M. Reeves* |
| 4 | | JULIA M. REEVES<br>Attorneys for Defendants PLACER COUNTY |
| 5 | | CHILDREN'S SYSTEM OF CARE, RENEE<br>VERDUGO, DAVID MOUL, LAURI MCNALLY, |
| 6 | | CARLEY ROSE JACKSON, TAMMY PETERSON<br>and REBECCA RATEKIN |

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties have until June 2, 2017 to meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan as indicated in the Court's Initial Pretrial Scheduling Order (ECF No. 4). IT IS FURTHER ORDERED that the parties have until 45 days after the Rule 26(f) Conference to exchange initial disclosures.

IT IS SO ORDERED.

Dated: May 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE