IRWIN M. ZALKIN, ESQ. (#89957)
DEVIN M. STOREY, ESQ. (#234271)
ALEXANDER S. ZALKIN, ESQ. (#280813)
RYAN M. COHEN, ESQ. (#261313)
JACQUELINE J. MCQUARRIE, ESQ. (#267319)
The Zalkin Law Firm, P.C.
12555 High Bluff Drive, Suite 301
San Diego, CA 92130
Tel: 858-259-3011
Fax: 858-259-3015
Email: Irwin@zalkin.com
dms@zalkin.com
alex@zalkin.com
ryan@zalkin.com
jackie@zalkin.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.T., a minor, by and through his Guardian ad Litem L.T., <br><br> Plaintiff, <br><br> v. <br><br> DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PLACER COUNTY CHILDREN SYSTEM OF CARE, and the following individuals, who are named in their individual capacities: KD ASHTON, BECKY BRAVO, PETER BALDO, LIZ LEE, CINDY STONE, RENEE VERDUGO, MARY BOEHM, CHRISTY CARTER, WENDY DEVORE, DONNA KEARNS, LISA HEWITT, TAMMY PETERSON, STEPHANIE DILBECK, JEN ROGERS, VALERIE MILLER, DAVID MOUL, DEBBIE CANNON, JUDY BENNEY, REBECCA RATEKIN, CARLEY ROSE JACKSON, LAURI MCNALLY, SANDRA MOORE, and DOES 1-30, <br><br> Defendants. | Civil Action No: 2:16-cv-02925-MCE-DB <br><br> **JOINT STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT AND FOR INITIAL DISCLOSURES** <br><br> [Demand for Jury Trial] |

1

IT IS HEREBY STIPULATED, that having received the Court's order that Plaintiff has 20 days from June 20, 2017 to file Plaintiff's First Amended Complaint, Plaintiff will instead have 40 days from June 20, 2017 to file Plaintiff's First Amended Complaint due to Plaintiff's counsel going on vacation beginning June 21, 2017 and returning July 5, 2017, and due to Plaintiff's counsel having approximately a two-week trial beginning on July 14, 2017 that Plaintiff's counsel anticipates will proceed.

IT IS HEREBY FURTHER STIPULATED that Defendant Wendy DeVore, who was recently served with Plaintiff's original Complaint on June 16, 2017, will be permitted to forego responding to Plaintiff's original Complaint and instead will respond to Plaintiff's First Amended Complaint.

IT IS HEREBY FURTHER STIPULATED that the parties will have until six weeks after Defendant's file an answer or six weeks after a hearing date for a motion to dismiss Plaintiff's First Amended Complaint to provide initial disclosures.

Dated: June 20, 2017         Respectfully submitted,
                             **THE ZALKIN LAW FIRM**

                             */s/ Ryan M. Cohen*
                             IRWIN M. ZALKIN
                             DEVIN M. STOREY
                             ALEXANDER S. ZALKIN
                             RYAN M. COHEN
                             JACQUELINE J. MCQUARRIE
                             Attorneys for Plaintiff
                             A.T., a minor, by and through his Guardian Ad Litem, L.T.

Dated:                       **LOZANO SMITH**

                             */s/ Sloan R. Simmons*
                             SLOAN R. SIMMONS
                             KRISTY J. BOYES
                             Attorneys for Defendants
                             DRY CREEK ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PETER BALDO, JUDY BENNEY, MARY BOEHM, BECKY BRAVO, DEBBIE CANNON, STEPHANIE DILLBECK,

**JOINT STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT AND FOR INITIAL DISCLOSURES**

LISA HEWITT, LIZ LEE, VALERIE MILLER, SANDRA MOORE, CYNDI STONE, KD ASHTON, CHRISTY CARTER, WENDY DEVORE, DONNA KEARNS and JEN ROGERS

Dated: **PLACER COUNTY COUNSEL'S OFFICE**

\_\_\_\_\_*/s/Julia M. Reeves*_____
JULIA M. REEVES
Attorneys for Defendants
PLACER COUNTY CHILDREN'S SYSTEM OF CARE, RENEE VERDUGO, DAVID MOUL, LAURI MCNALLY, CARLEY ROSE JACKSON, TAMMY PETERSON and REBECCA RATEKIN

# ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED, Plaintiff will have 40 days from June 20, 2017 to file Plaintiff's First Amended Complaint ("FAC"). Plaintiff's FAC shall therefore be filed no later than **July 31, 2017**.

IT IS HEREBY FURTHER ORDERED that Defendant Wendy DeVore will be permitted to forego responding to Plaintiff's original Complaint and instead will respond to Plaintiff's First Amended Complaint.

IT IS HEREBY FURTHER ORDERED that the parties will have until six weeks after Defendant's file an answer or six weeks after a hearing date for a motion to dismiss Plaintiff's First Amended Complaint to provide initial disclosures.

IT IS SO ORDERED.

Dated: July 6, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE