Sloan R. Simmons, SBN 233752
ssimmons@lozanosmith.com
Marcella L. Gutierrez, SBN 214224
mgutierrez@lozanosmith.com
Kristy J. Boyes, SBN 303975
kboyes@lozanosmith.com
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone:      (916) 329-7433
Facsimile:      (916) 329-9050

Attorneys for Defendants
DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT,
PLACER COUNTY OFFICE OF EDUCATION, PETER BALDO,
JUDY BENNEY, MARY BOEHM, BECKY BRAVO,
DEBBIE CANNON, STEPHANIE DILLBECK,
LISA HEWITT, LIZ LEE, VALERIE MILLER,
SANDRA MOORE, CYNDI STONE, JEN ROGERS,
CHRISTY CARTER, KATHLEEN ASHTON,
and DONNA KEARNS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.T., a minor, by and through his Guardian Ad Litem, L.T.,<br><br>        Plaintiff,<br><br>   vs.<br><br>DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT et al.,<br><br>        Defendants. | Case No. 2:16-cv-02925-MCE-DB<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR EXCHANGE OF INITIAL DISCLOSURES** |

JOINT STIPULATION RE: EXT. OF TIME FOR
EXCHANGE OF INITIAL DISCLOSURES

1

A.T.  v. DCJESD et al.
Case No. 2:16-cv-02925-MCE-DB

1       Plaintiff A.T., a minor, by and through his Guardian Ad Litem, L.T. ("Plaintiff"), Individual

2 Placer County Office of Education Defendants Peter Baldo, Judy Benney, Mary Boehm, Becky Bravo,

3 Debbie Cannon, Stephanie Dillbeck, Lisa Hewitt, Liz Lee, Valerie Miller, Sandra Moore, Cyndi Stone,

4 KD Ashton, Christy Carter, Donna Kearns, and Jen Rogers ("PCOE Individual Defendants"), and

5 Individual Placer County Children's System of Care Defendants Renee Verdugo, David Moul, Lauri

6 McNally, Carley Rose Jackson, Tammy Peterson, Rebecca Ratekin, and Wendy Devore ("CSOC

7 Individual Defendants" and, collectively with Plaintiff and the PCOE Individual Defendants, the

8 "Parties"), by and through their respective counsel, stipulate and agree as follows:

9       1.     WHEREAS, the Parties previously stipulated to extending the time to exchange initial

10 disclosures until six weeks after Defendants' filed an answer or six weeks after a hearing date for a

11 motion to dismiss Plaintiff's First Amended Complaint ("FAC") (*see* ECF Doc. No. 68);

12       2.     WHEREAS, Defendants' filed their respective motions to dismiss Plaintiff's FAC on

13 September 18, 2017 (*see* ECF Doc. Nos. 72, 74), with a scheduled hearing date of October 19, 2017,

14 that was subsequently vacated by the Court;

15       3.     WHEREAS, based upon the Court's vacating of the October 19, 2017 hearing date, the

16 deadline to exchange initial disclosures under the parties prior stipulation defaulted to November 30,

17 2017;

18       4.     WHEREAS, Defendants' motions to dismiss Plaintiff's FAC remain pending before and

19 under submission with the Court, and the Parties acknowledge that the Court's ruling could result in

20 dismissal of the subject action, in its entirety; and

21       5.     WHEREAS, the Parties are interested in preventing the accrual of unnecessary costs and

22 expenses with regard to initial disclosures, in light of the possibility that this action may be dismissed

23 entirely, with prejudice.

24 ///

25 ///

26 ///

27 ///

28 ///

LOZANO SMITH
One Capitol Mall, Suite 640 Sacramento, CA 95814
Tel 916-329-7433 Fax 916-329-9050

NOW, THEREFORE, pursuant to Rule 26 (a)(1)(C), the Parties jointly request and HEREBY STIPULATE that the deadline for initial disclosures required by Rule 26(a)(1) for this action be extended to thirty (30) days after this Court issues its rulings on Defendants' motions to dismiss the FAC. **IT IS SO STIPULATED.**

Dated: November 27, 2017                    Respectfully submitted,

**LOZANO SMITH**

/s/ Sloan R. Simmons
SLOAN R. SIMMONS
MARCY GUTIERREZ
KRISTY J. BOYES
Attorneys for Defendants DRY CREEK JOINT
ELEMENTARY SCHOOL DISTRICT,
PLACER COUNTY OFFICE OF EDUCATION, PETER
BALDO, JUDY BENNEY, MARY BOEHM, BECKY
BRAVO, DEBBIE CANNON, STEPHANIE DILLBECK,
LISA HEWITT, LIZ LEE, VALERIE MILLER,
SANDRA MOORE, CYNDI STONE, JEN ROGERS,
CHRISTY CARTER, KATHLEEN ASHTON,
and DONNA KEARNS.

Dated: November 27, 2017                    **PLACER COUNTY COUNSEL'S OFFICE**

/s/ Julia M. Reeves
JULIA M. REEVES
Attorneys for Defendants PLACER COUNTY
CHILDREN'S SYSTEM OF CARE, RENEE VERDUGO,
DAVID MOUL, LAURI MCNALLY, CARLEY ROSE
JACKSON, TAMMY PETERSON, REBECCA
RATEKIN, and WENDY DEVORE

Dated: November 27, 2017                    **THE ZALKIN LAW FIRM**

/s/ Ryan M. Cohen
IRWIN M. ZALKIN
DEVIN M. STOREY
ALEXANDER S. ZALKIN
RYAN M. COHEN
JACQUELINE J. MCQUARRIE
Attorneys for Plaintiff A.T., a minor, by and through
his Guardian Ad Litem, L.T.

   **\*Attestation:  The filer of this document attests that the concurrence of the other signatories thereto has been obtained.**

LOZANO SMITH
One Capitol Mall, Suite 640  Sacramento, CA 95814
Tel 916-329-7433  Fax 916-329-9050

# ORDER

Pursuant to the foregoing Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for the Parties to exchange initial disclosures shall be extended to thirty (30) days after the Court issues its rulings on Defendants' pending motions to dismiss Plaintiff's FAC.

IT IS SO ORDERED.

Dated:  November 30, 2017

_____

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LOZANO SMITH
One Capitol Mall, Suite 640  Sacramento, CA 95814
Tel 916-329-7433  Fax 916-329-9050