Sloan R. Simmons, SBN 233752
ssimmons@lozanosmith.com
Marcella L. Gutierrez, SBN 214224
mgutierrez@lozanosmith.com
Kristy J. Boyes, SBN 303975
kboyes@lozanosmith.com
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone:     (916) 329-7433
Facsimile:     (916) 329-9050

Attorneys for Defendants
DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT,
PLACER COUNTY OFFICE OF EDUCATION, PETER BALDO,
JUDY BENNEY, MARY BOEHM, BECKY BRAVO,
DEBBIE CANNON, STEPHANIE DILLBECK,
LISA HEWITT, LIZ LEE, VALERIE MILLER,
SANDRA MOORE, CYNDI STONE, JEN ROGERS,
CHRISTY CARTER, KATHLEEN ASHTON,
DONNA KEARNS, and WENDY DEVORE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.T., a minor, by and through his Guardian Ad Litem, L.T.,<br><br>Plaintiff,<br><br>vs.<br><br>DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT et al.,<br><br>Defendants. | Case No. 2:16-cv-02925-MCE-DB<br><br>**JOINT STIPULATION REGARDING CLARIFICATION ON DEFENDANT WENDY DEVORE** |

Plaintiff A.T., a minor, by and through his Guardian Ad Litem, L.T. ("Plaintiff"), Individual Placer County Office of Education Defendants Peter Baldo, Judy Benney, Mary Boehm, Becky Bravo, Debbie Cannon, Stephanie Dillbeck, Lisa Hewitt, Liz Lee, Valerie Miller, Sandra Moore, Cyndi Stone, KD Ashton, Christy Carter, Wendy Devore, Donna Kearns, and Jen Rogers ("PCOE Individual Defendants"), and Individual Placer County Children's System of Care Defendants Renee Verdugo, David Moul, Lauri McNally, Carley Rose Jackson, Tammy Peterson, and Rebecca Ratekin ("CSOC Individual Defendants" and, collectively with Plaintiff and the PCOE Individual Defendants, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

1. On December 14, 2016, Plaintiff filed the original Complaint in this action naming a Wendy DeVore as defendant (*see* ECF Doc. No. 2).

2. On March 16, 2017, an administrator from the Placer County Office of Education ("PCOE") forwarded an email to attorney Sloan Simmons (one of the undersigned here) from a Wendy DeVore ("Wendy DeVore 1") who had previously been employed by PCOE, in which that Wendy DeVore 1 stated that the Complaint in this matter had been personally served upon her on March 15, 2017 at her private residence. That Wendy DeVore 1 indicated that she had never worked for the District, PCOE, or CSOC, and furthermore, she had not worked in any local school during the time period relevant to the allegations in the Complaint.

3. On April 19, 2017, counsel for the PCOE Individual Defendants signed a Waiver of Service of Summons on behalf of the Wendy DeVore 1 referenced above in paragraph 2 (s*ee* ECF Doc. No. 54).

4. Thereafter, counsel for the PCOE Individual Defendants confirmed that the Wendy DeVore 1, referenced in paragraphs 2 and 3 above, worked for a limited time period for the PCOE as a substitute teacher's assistant, and during a time period before the allegations in the Complaint.

5. The Parties thereafter discovered that another individual with the name Wendy DeVore ("Wendy DeVore 2") was employed by CSOC during certain periods of time. Wendy DeVore 2 has subsequently appeared in this case by way of counsel for CSOC. As a Motion to Dismiss is pending, Wendy DeVore 2 has not yet answered the First Amended Complaint. Wendy DeVore 2 denies all allegations of wrongdoing by her and reserves the right to challenge all factual and legal allegations

made against her in the First Amended Complaint, including, but not limited to, allegations regarding the dates of her employment and her role with CSOC. The Parties agree that by executing this Stipulation Wendy DeVore 2 does not waive the right to challenge any factual or legal allegations made against her in the First Amended Complaint and does not waive any affirmative defenses which may otherwise be asserted.

6. The Parties agree that the Wendy DeVore 1, referenced in paragraphs 2 through 4 above, inclusive, who was personally served with the Complaint on March 15, 2017, is not an appropriate defendant in this case, and thus agree that to the extent she was served with the Complaint and has made an appearance in this case through PCOE counsel, Wendy DeVore 1 should be dismissed from this action.

**IT IS SO STIPULATED.**

Dated: December 6, 2017    Respectfully submitted,

**LOZANO SMITH**

/s/ Sloan R. Simmons
SLOAN R. SIMMONS
MARCY GUTIERREZ
KRISTY J. BOYES
Attorneys for Defendants DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PETER BALDO, JUDY BENNEY, MARY BOEHM, BECKY BRAVO, DEBBIE CANNON, STEPHANIE DILLBECK, LISA HEWITT, LIZ LEE, VALERIE MILLER, SANDRA MOORE, CYNDI STONE, JEN ROGERS, CHRISTY CARTER, KATHLEEN ASHTON, and DONNA KEARNS.

Dated: December 6, 2017    **PLACER COUNTY COUNSEL'S OFFICE**

/s/ Julia M. Reeves
JULIA M. REEVES
Attorneys for Defendants PLACER COUNTY CHILDREN'S SYSTEM OF CARE, RENEE VERDUGO, DAVID MOUL, LAURI MCNALLY, CARLEY ROSE JACKSON, TAMMY PETERSON, REBECCA RATEKIN, and WENDY DEVORE

| | | |
|---|---|---|
| Dated: December 6, 2017 | | **THE ZALKIN LAW FIRM** |

/s/ Ryan M. Cohen
IRWIN M. ZALKIN
DEVIN M. STOREY
ALEXANDER S. ZALKIN
RYAN M. COHEN
JACQUELINE J. MCQUARRIE
Attorneys for Plaintiff A.T., a minor, by and through his Guardian Ad Litem, L.T.

***Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.**

**ORDER**

Pursuant to the foregoing Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that the defendant, party and individual described above as Wendy DeVore 1 shall be dismissed from this action with prejudice. The individual described as Wendy DeVore 2 shall remain a defendant in this action unless and until further order of the Court.

IT IS SO ORDERED.

Dated: December 11, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LOZANO SMITH
One Capitol Mall, Suite 640  Sacramento, CA 95814
Tel 916-329-7433  Fax 916-329-9050