PLACER COUNTY COUNSEL'S OFFICE
Julia M. Reeves (SBN 241198)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069

Attorneys for Defendants PLACER COUNTY CHILDREN'S
SYSTEM OF CARE, WENDY DEVORE, CARLEY ROSE JACKSON,
LAURI MCNALLY, DAVID A. MOUL, TAMATHA S. PETERSON,
REBECCA L. RATEKIN, and RENEE VERDUGO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.T., a minor, by and through his Guardian ad Litem L.T., <br><br> Plaintiff <br><br> v. <br><br> DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PLACER COUNTY CHILDREN'S SYSTEM OF CARE, and the following individuals, who are named in their individual capacities: KD ASHTON, BECKY BRAVO, PETER BALDO, LIZ LEE, CINDY STONE, RENEE VERDUGO, MARY BOEHM, CHRISTY CARTER, WENDY DEVORE, DONNA KEARNS, LISA HEWITT, TAMMY PETERSON, STEPHANIE DILBECK, JEN ROGERS, VALERIE MILLER, DAVID MOUL, DEBBIE CANNON, JUDY BENNEY, REBECCA RATEKIN, CARLEY ROSE JACKSON, LAURI MCNALLY, SANDRA MOORE, and DOES 1-30, <br><br> Defendants. | No. 2:16-cv-02925-MCE-DB <br><br> **JOINT STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT; ORDER** |

1

**JOINT STIPULATION AND ORDER TO EXTENDING TIME TO ANSWER FAC**

Plaintiff A.T., a minor, by and through his Guardian Ad Litem, L.T. ("Plaintiff"), Individual Placer County Office of Education Defendants Peter Baldo, Judy Benney, Mary Boehm, Becky Bravo, Debbie Cannon, Stephanie Dillbeck, Lisa Hewitt, Liz Lee, Valerie Miller, Sandra Moore, Cyndi Stone, KD Ashton, Christy Carter, Donna Kearns, and Jen Rogers ("PCOE Individual Defendants"), and Individual Placer County Children's System of Care Defendants Renee Verdugo, David Moul, Lauri McNally, Carley Rose Jackson, Tammy Peterson, Rebecca Ratekin, and Wendy Devore ("CSOC Individual Defendants" and, collectively with Plaintiff and the PCOE Individual Defendants, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

1. WHEREAS, the Parties previously stipulated to extending the time to respond to Plaintiffs' First Amended Complaint on August 16, 2017 and defendants filed Motions to Dismiss Plaintiff's First Amended Complaint;

2. WHEREAS, the Court issued its Memorandum and Order on PCOE Individual Defendants' and CSOC Individual Defendants' respective Motions to Dismiss on June 20, 2018;

3. WHEREAS, the Parties stipulate to extending the time for Defendants to answer Plaintiffs' First Amended Complaint by 28 days from July 5, 2018 to August 2, 2018.

NOW, THEREFORE, the Parties jointly request and hereby stipulate that the Defendants have until and including August 2, 2018 to answer the First Amended Complaint.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: June 28, 2018          **THE ZALKIN LAW FIRM**

                         */s/ Ryan M. Cohen* as authorized on 6/28/18
                         IRWIN M. ZALKIN
                         DEVIN M. STOREY
                         ALEXANDER S. ZALKIN
                         RYAN M. COHEN
                         JACQUELINE J. MCQUARRIE
                         Attorneys for Plaintiff A.T., a minor, by and through his Guardian Ad Litem, L.T.

| | | |
|---|---|---|
| Dated: June 28, 2018 | | **LOZANO SMITH** |

                                               */s/ Sloan R. Simmons* as authorized on 6/28/18
                                               SLOAN R. SIMMONS
                                               MARCY GUTIERREZ
                                               KRISTY J. BOYES
                                             Attorneys for Defendants DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PETER BALDO, JUDY BENNEY, MARY BOEHM, BECKY BRAVO, DEBBIE CANNON, STEPHANIE DILLBECK, LISA HEWITT, LIZ LEE, VALERIE MILLER, SANDRA MOORE, CYNDI STONE, JEN ROGERS, CHRISTY CARTER, KATHLEEN ASHTON, and DONNA KEARNS.

Dated: June 28, 2018                            **PLACER COUNTY COUNSEL'S OFFICE**

                                               */s/ Julia M. Reeves*
                                             JULIA M. REEVES
                                             Attorneys for Defendants PLACER COUNTY CHILDREN'S SYSTEM OF CARE, RENEE VERDUGO, DAVID MOUL, LAURI MCNALLY, CARLEY ROSE JACKSON, TAMMY PETERSON, REBECCA RATEKIN, and WENDY DEVORE

**ORDER**

The parties' stipulation above is REJECTED. Instead, not later than fourteen (14) days from the date of electronic filing of this Order, Plaintiffs are hereby ordered to file a Second Amended Complaint ("SAC") pursuant to the Court's June 20, 2018 Order on Defendants' Motion to Dismiss (ECF No. 86). Defendants shall have twenty-eight (28) days from the filing of Plaintiffs' SAC to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: July 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE