Sloan R. Simmons, SBN 233752
ssimmons@lozanosmith.com
Marcella L. Gutierrez, SBN 214224
mgutierrez@lozanosmith.com
Kristy J. Boyes, SBN 303975
kboyes@lozanosmith.com
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone:     (916) 329-7433
Facsimile:     (916) 329-9050

Attorneys for Defendants
DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT,
PLACER COUNTY OFFICE OF EDUCATION, PETER BALDO,
JUDY BENNIE, MARY BOEHM, BECKY BRAVO,
DEBBIE CANNON, STEPHANIE DILBECK,
LISA HEWITT, VALERIE MILLER, SANDRA MOORE,
CYNDI STONE, JEN ROGERS, CHRISTY CARTER,
KATHLEEN ASHTON, DONNA KEARNS, and ELIZABETH LEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.T., a minor, by and through his Guardian Ad Litem, L.T.,<br><br>Plaintiff,<br><br>vs.<br><br>DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 2:16-cv-02925-MCE-DB<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS PENDING DISPOSITION OF MOTION FOR STAY; AND ORDER** |

STIP. TO STAY PENDING DISPOSITION OF
MOT. TO STAY; & ORDER

A.T. v. DCJESD et al.
Case No. 2:16-cv-02925-MCE-DB

IT IS HEREBY STIPULATED by and between Plaintiff A.T., a minor, by and through his Guardian Ad Litem, L.T., and Defendants Peter Baldo, Judy Bennie, Mary Boehm, Becky Bravo, Debbie Cannon, Stephanie Dilbeck, Lisa Hewitt, Valerie Miller, Sandra Moore, Cyndi Stone, Jen Rogers, Christy Carter, Kathleen Ashton, Donna Kearns, Elizabeth Lee, Renee Verdugo, Tammy Peterson, David Moul, Rebecca Ratekin, Carley Rose Jackson, Lauri Mcnally, and Wendy Devore ("Defendants," and collectively with Plaintiff, "Parties"), through their respective attorneys of record, as to the following:

1. On June 20, 2018, the Court issued its Memorandum and Order granting in part and denying in part Defendants' Motions to Dismiss, in which the Court granted Defendants qualified immunity as to the Second Cause of Action in the First Amended Complaint and thus dismissed said claim, but denied qualified immunity to the Defendants as to the First Cause of Action in the First Amended Complaint.

2. On July 18, 2018, Defendants Peter Baldo, Judy Bennie, Mary Boehm, Becky Bravo, Debbie Cannon, Stephanie Dilbeck, Lisa Hewitt, Valerie Miller, Sandra Moore, Cyndi Stone, Jen Rogers, Christy Carter, Kathleen Ashton, and Donna Kearns, all of whom are former or current employees of the Placer County Office of Education, timely filed a Notice of Appeal regarding the Court's June 20 order.

3. On July 19, 2018, the same Defendants which filed the Notice of Appeal on July 18, 2018, with the addition of Defendant Elizabeth Lee (together referred to as the "Appealing Defendants"), filed an Amended Notice of Appeal regarding the Court's June 20 order.

4. The Appealing Defendants' appeal is to challenge the Court's denial of qualified immunity to them with regard to the First Cause of Action, which is the only remaining cause of action and claim in the case.

5. Pursuant to prior stipulations and/or orders from the Court, and based upon the issuance of the Court's June 20 order, the Parties' respective initial disclosures are due today, June 20, 2018, and Defendants' respective answers to the now-filed Second Amended Complaint is due on August 13, 2018.

///

LOZANO SMITH
One Capitol Mall, Suite 640 Sacramento, California 95814
Tel 916-329-7433 Fax 916-329-9050

6. The Appealing Defendants have met and conferred with counsel for all of the Parties regarding whether there would be agreement as to the necessity of a stay of all proceedings in this matter while the Appealing Defendants' appeal is pending. All Defendants' counsel agree that such a stay, of all proceedings, is appropriate while the appeal is pending. Plaintiff's counsel, however, does not agree that a stay of all proceedings is appropriate, thereby necessitating a motion for stay by the Appealing Defendants.

7. Counsel for the Appealing Defendants have notified counsel for all Parties of the intent to file in this case a motion for stay of all proceedings while the appeal is pending, and that such filing will occur no later than Monday July 23, 2018.

8. Due to the pending deadlines regarding answering the Second Amended Complaint and initial disclosures, and in light of imminent filing of a motion to stay all proceedings pending the appeal by the Appealing Defendants, all Parties agree and respectfully request that the Court issue an order staying the deadlines for initial disclosures and for answering the Second Amended Complaint pending the Court's disposition of the Appealing Defendants' forthcoming motion for stay.

9. Currently pending on the Court's docket is the Substitution of Attorney and Proposed Order regarding the substitution of Carol A. Wieckowski as counsel for Defendant Elizabeth Lee (of the Appealing Defendants), and Ms. Wieckowski has confirmed to the undersigned her agreement as to the recitals, stipulation and proposed order herein.

Dated: July 20, 2018

Respectfully submitted,

**LOZANO SMITH**
/s/ Sloan R. Simmons
SLOAN R. SIMMONS
MARCELLA L. GUTIERREZ
KRISTY J. BOYES
Attorneys for DRY CREEK ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PETER BALDO, JUDY BENNIE, MARY BOEHM, BECKY BRAVO, DEBBIE CANNON, STEPHANIE DILBECK, LISA HEWITT, VALERIE MILLER, SANDRA MOORE, CYNDI STONE, JEN ROGERS, CHRISTY CARTER, KATHLEEN ASHTON, DONNA KEARNS, and ELIZABETH LEE

| | | |
|---|---|---|
| Dated: July 20, 2018 | | Respectfully submitted, |

**THE ZALKIN LAW FIRM, LLP**

<u>/s/ Ryan Cohen (as authorized on 7/20/18)</u>
RYAN COHEN
IRWIN M. ZALKIN
DEVIN M. STOREY
ALEXANDER S. ZALKIN
JACQUELINE J. MCQUARRIE
Attorneys for A.T., a minor, by and through his Guardian Ad Litem, L.T.

Dated: July 20, 2018        Respectfully submitted,

**PLACER COUNTY COUNSEL**

<u>/s/ Julia Reeves (as authorized on 7/20/18)</u>
JULIA REEVES
Attorneys for PLACER COUNTY CHILDREN SYSTEM OF CARE, RENEE VERDUGO, TAMMY PETERSON, DAVID MOUL, REBECCA RATEKIN, CARLY ROSE JACKSON, LAURI MCNALLY, and WENDY DEVORE

**\*Attestation:** The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

# ORDER

Pursuant to the foregoing Stipulation of the Parties, and GOOD CAUSE appearing therefor, the Stipulation is APPROVED. The deadlines for initial disclosures and for answering the Second Amended Complaint are hereby STAYED pending the Court's disposition of the Appealing Defendants' forthcoming Motion for Stay. If the Motion for Stay is denied, the parties are directed to file a Joint Status Report not later than fourteen (14) days following electronic filing of such an order requesting that the stay issued by this Order be lifted and proposing new deadlines for initial disclosures and for answering the Second Amended Complaint for Court review and approval by proposed order.

IT IS SO ORDERED.

Dated: July 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE