Sloan R. Simmons, SBN 233752
Alyssa R. Bivins, SBN 308331
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Tel: (916) 329-7433
Fax: (916) 329-9050
ssimmons@lozanosmith.com
abivins@lozanosmith.com

Carol Wieckowski, SBN 95586
**EVANS, WIECKOWSKI, WARD & SCOFIELD, LLP**
745 University Avenue
Sacramento, CA 95825
Tel: (916) 923-1600
Fax: (916) 923-1616
carolw@ewwsllp.com

Attorneys for Defendants
DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PETER BALDO, JUDY BENNEY, MARY BOEHM, BECKY BRAVO, DEBBIE CANNON, STEPHANIE DILLBECK, LISA HEWITT, VALERIE MILLER, SANDRA MOORE, CYNDI STONE, JEN ROGERS, CHRISTY CARTER, KATHLEEN ASHTON, DONNA KEARNS, and ELIZABETH LEE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.T., a minor, by and through his Guardian Ad Litem, L.T.,<br><br>Plaintiff,<br><br>vs.<br><br>DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 2:16-cv-02925-MCE-DB<br><br>**STIPULATION RE: CASE CLOSURE; AND ORDER**<br><br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by and between Plaintiff, A.T., a minor, by and through his Guardian ad Litem, L.T., and Defendants DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PETER BALDO, JUDY BENNEY, MARY BOEHM, BECKY BRAVO, DEBBIE CANNON, STEPHANIE DILLBECK, LISA HEWITT, VALERIE MILLER, SANDRA MOORE, CYNDI STONE, JEN ROGERS, CHRISTY CARTER, KATHLEEN ASHTON, DONNA KEARNS, and ELIZABETH LEE ("PCOE Defendants"), as follows:

1. Plaintiff agrees forgo any further petitions, appeals, and/or any other challenges to the dismissal of all claims against PCOE Defendants in the above-entitled action;

2. PCOE Defendants agree to forgo seeking recovery of their costs against Plaintiff for efforts before the Court of Appeals and the District Court in the above-entitled action; and

3. The Parties agree that the District Court should enter final judgment and close this case as to all claims alleged by Plaintiff against PCOE Defendants.

4. This Stipulation applies only to the PCOE Defendants. This Stipulation does not apply to Defendants WENDY DEVORE, CARLEY ROSE JACKSON, LAURI MCNALLY, DAVID A. MOUL, TAMATHA S. PETERSON, REBECCA L. RATEKIN, RENEE VERDUGO, and PLACER COUNTY CHILDREN'S SYSTEM OF CARE (collectively "CSOC Defendants.") In accordance with the District Court's March 16, 2021 order, on April 5, 2021, Plaintiff filed a Motion to Approve Settlement Agreement as to CSOC Defendants set to be heard on May 27, 2021. Therefore, Plaintiff does not agree by way of this Stipulation to enter final judgment and close this case as to all claims alleged by Plaintiff against CSOC Defendants.

Dated: April __, 2021                 Respectfully submitted,

**LOZANO SMITH**

/s/ Sloan R. Simmons
SLOAN R. SIMMONS
ALYSSA R. BIVINS
Attorneys for Defendants DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PETER BALDO, JUDY BENNEY, MARY BOEHM, BECKY BRAVO, DEBBIE CANNON, STEPHANIE DILLBECK, LISA HEWITT, VALERIE MILLER, SANDRA MOORE, CYNDI STONE, JEN ROGERS, CHRISTY CARTER, KATHLEEN ASHTON, and DONNA KEARNS

LOZANO SMITH
One Capitol Mall, Suite 640 Sacramento, California 95814
Tel 916-329-7433 Fax 916-329-9050

**EVANS, WIECKOWSKI, WARD & SCOFIELD, LLP**

/s/ Carol Wieckowski (authorized on 4/9/21)
CAROL WIECKOWSKI
Attorneys for Defendant ELIZABETH LEE

**THE ZALKIN LAW FIRM**

/s/ Ryan M. Cohen (authorized on 4/9/21)
RYAN M. COHEN
Attorneys for Plaintiff A.T., a minor, by and through his Guardian Ad Litem, L.T.

**ORDER**

Pursuant to the foregoing Stipulation of the Parties, and GOOD CAUSE APPEARING THEREFORE, final judgment will enter and this matter is closed as to all claims alleged by Plaintiff against the PCOE Defendants, which includes DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PETER BALDO, JUDY BENNEY, MARY BOEHM, BECKY BRAVO, DEBBIE CANNON, STEPHANIE DILLBECK, LISA HEWITT, VALERIE MILLER, SANDRA MOORE, CYNDI STONE, JEN ROGERS, CHRISTY CARTER, KATHLEEN ASHTON, DONNA KEARNS, and ELIZABETH LEE.

IT IS SO ORDERED.

Dated: April 12, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

LOZANO SMITH
One Capitol Mall, Suite 640 Sacramento, California 95814
Tel 916-329-7433  Fax 916-329-9050