IRWIN M. ZALKIN, ESQ. (#89957)
DEVIN M. STOREY, ESQ. (#234271)
RYAN M. COHEN, ESQ. (#261313)
The Zalkin Law Firm, P.C.
10590 W Ocean Air Drive, Suite 125
San Diego, CA 92130
Tel: 858-259-3011
Fax: 858-259-3015
Email: Irwin@zalkin.com
dms@zalkin.com
ryan@zalkin.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.T., a minor, by and through his Guardian ad Litem L.T., | Case No: 2:16-cv-02925-MCE-DB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO APPROVE SETTLEMENT** |
| v. | |
| DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PLACER COUNTY CHILDREN SYSTEM OF CARE, and the following individuals, who are named in their individual capacities: KD ASHTON, BECKY BRAVO, PETER BALDO, LIZ LEE, CINDY STONE, RENEE VERDUGO, MARY BOEHM, CHRISTY CARTER, WENDY DEVORE, DONNA KEARNS, LISA HEWITT, TAMMY PETERSON, STEPHANIE DILBECK, JEN ROGERS, VALERIE MILLER, DAVID MOUL, DEBBIE CANNON, JUDY BENNEY, REBECCA RATEKIN, CARLEY ROSE JACKSON, LAURI MCNALLY, SANDRA MOORE, and DOES 1-30, | Date: May 27, 2021<br>Time: 11:00 a.m.<br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom: 7 |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S MOTION
TO APPROVE SETTLEMENT**

Plaintiff A.T., by and through his Guardian Ad Litem, L.T. and through undersigned counsel, Motion to Approve Settlement Agreement pursuant to FRCP 60(b) of the Federal Rules of Civil Procedure, came on regularly for hearing on May 27, 2021, at 11 a.m. in Courtroom 7 of the above-entitled Court at 501 I St., 4200, Sacramento, California 95814, Ryan Cohen of the Zalkin Law Firm, appeared and argued as attorneys for Plaintiff.

After considering the moving, opposition and reply papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT:

Plaintiff's Motion to Approve Settlement Agreement is GRANTED, and the Court approves the settlement between Plaintiff and the CSOC Defendants that was sent on January 3, 2020, by Plaintiff's counsel in response to CSOC Defendants' proposal, as found by this Court to be enforceable in the March 16, 2021 order (ECF No. 129).

IT IS SO ORDERED.

Dated: May 28, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE