**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.T., a minor, by and through his Guardian ad Litem L.T., | **CASE NO.: 2:16-CV-02925-MCE-DB** |
| Plaintiff, | **ORDER RE PLAINTIFF'S MOTION TO ACCEPT THE WAIVER OF PERSONAL APPEARANCE OF L.T., GUARDIAN AD LITEM FOR PLAINTIFF A.T., AND APPROVE APPEARANCE THROUGH VIDEOCONFERENCE AT THE HEARING ON PLAINTIFF'S MOTION TO APPROVE SETTLEMENT** |
| v. | |
| DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PLACER COUNTY CHILDREN SYSTEM OF CARE, and the following individuals, who are named in their individual capacities: KD ASHTON, BECKY BRAVO, PETER BALDO, LIZ LEE, CINDY STONE, RENEE VERDUGO, MARY BOEHM, CHRISTY CARTER, WENDY DEVORE, DONNA KEARNS, LISA HEWITT, TAMMY PETERSON, STEPHANIE DILBECK, JEN ROGERS, VALERIE MILLER, DAVID MOUL, DEBBIE CANNON, JUDY BENNEY, REBECCA RATEKIN, CARLEY ROSE JACKSON, LAURI MCNALLY, SANDRA MOORE, and DOES 1-30, | |
| Defendants. | |

1

Plaintiff A.T., by and through his Guardian ad Litem L.T., and through undersigned counsel's Motion to Accept the Waiver of Personal Appearance of L.T., Guardian ad Litem for Plaintiff A.T. and Approve Appearance through Videoconference at the Hearing on Plaintiff's Motion to Approve Settlement has been received and considered by the Court.

After the considering the moving papers submitted by counsel, including the Declaration of L.T., Guardian ad Litem of Plaintiff A.T., IT IS HEREBY ORDERED THAT:

Plaintiff's Motion to Accept the Waiver of Personal Appearance of L.T., Guardian ad Litem for Plaintiff A.T. and Approve Appearance through Videoconference at the Hearing on Plaintiff's Motion to Approve Settlement is GRANTED and, the Court hereby finds that L.T., Guardian ad Litem for Plaintiff A.T. understands and knowingly waives her right to personally appear for the Hearing on Plaintiff's Motion to Approve Settlement. Further, based on good cause shown, the Court approves of L.T., Guardian ad Litem for Plaintiff A.T., appearing for the Hearing on Plaintiff's Motion to Approve Settlement via videoconference.

IT IS SO ORDERED.

Dated: June 1, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER RE PLAINTIFF'S MOTION TO ACCEPT THE WAIVER OF PERSONAL APPEARANCE OF L.T., GUARDIAN AD LITEM FOR PLAINTIFF A.T., AND APPROVE APPEARANCE THROUGH VIDEOCONFERENCE AT THE HEARING ON PLAINTIFF'S MOTION TO APPROVE SETTLEMENT**