IRWIN M. ZALKIN, ESQ. (#89957)
DEVIN M. STOREY, ESQ. (#234271)
RYAN M. COHEN, ESQ. (#261313)
The Zalkin Law Firm, P.C.
10590 W. Ocean Air Drive, Suite 125
San Diego, CA 92130
Tel:  858-259-3011
Fax:  858-259-3015
Email:  Irwin@zalkin.com
        dms@zalkin.com
        ryan@zalkin.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.T., a minor, by and through his Guardian ad Litem L.T., | Case No: 2:16-cv-02925 MCE DB |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | Judge: Hon. Morrison C. England |
| DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, PLACER COUNTY CHILDREN SYSTEM OF CARE, and the following individuals, who are named in their individual capacities: KD ASHTON, BECKY BRAVO, PETER BALDO, LIZ LEE, CINDY STONE, RENEE VERDUGO, MARY BOEHM, CHRISTY CARTER, WENDY DEVORE, DONNA KEARNS, LISA HEWITT, TAMMY PETERSON, STEPHANIE DILBECK, JEN ROGERS, VALERIE MILLER, DAVID MOUL, DEBBIE CANNON, JUDY BENNEY, REBECCA RATEKIN, CARLEY ROSE JACKSON, LAURI MCNALLY, SANDRA MOORE, and DOES 1-30, | Courtroom: 7 |
| Defendants. | |

1

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

1    IT IS HEREBY STIPULATED by and between Plaintiff, A.T., a minor, by and through his

2    Guardian ad Litem, L.T. and Defendants WENDY DEVORE, CARLEY ROSE JACKSON,

3    LAURI MCNALLY, DAVID A. MOUL, TAMATHA S. PETERSON, REBECCA L.

4    RATEKIN, and RENEE VERDUGO (collectively "CSOC Defendants") as follows:

5        1. In accordance with the District Court's March 16, 2021 order enforcing the Settlement

6           Agreement between Plaintiff and CSOC Defendants and the District Court's May 28,

7           2021 order after the hearing held on May 27, 2021 approving the Settlement Agreement

8           between Plaintiff and CSOC Defendants, the Settlement Agreement has been fully

9           executed.

10       2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the terms of the parties' Settlement

11          Agreement, Plaintiff and CSOC Defendants stipulate to the dismissal of this entire action,

12          with prejudice. Each party shall bear their own attorneys' fees and costs.

13          IT IS SO STIPULATED.

14                                              Respectfully submitted,

15                                              **PLACER COUNTY COUNSEL'S OFFICE**

16

17   Dated:  6-4-21                             /s/ Julia M. Reeves
                                                JULIA M. REEVES
18                                              Attorney for Defendants
                                                WENDY DEVORE, CARLEY ROSE JACKSON,
19                                              LAURI MCNALLY, DAVID A. MOUL,
20                                              TAMATHA S. PETERSON, REBECCA L.
                                                RATEKIN, RENEE VERDUGO, and PLACER
21                                              COUNTY CHILDREN'S SYSTEM OF CARE

22
                                                **THE ZALKIN LAW FIRM, P.C.**
23

24   Dated: 6-4-21                              Ryan M. Cohen
25                                              RYAN M. COHEN
                                                Attorney for Plaintiff A.T., a minor, by and
26                                              Through his Guardian Ad Litem, L.T.

27

28

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**ORDER**

Pursuant to the foregoing Stipulation of the Parties, and GOOD CAUSE APPEARING THEREFORE, this action is dismissed with prejudice in its entirety and each party is to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  June 16, 2021

_____

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

3
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**